Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 3, 2026

**BY ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The deadline for the Defendant's sentencing submission is extended to September 21, 2026, and the deadline for the Government's sentencing submission is extended to September 28, 2026. Defendant's sentencing is adjourned to October 5, 2026, at 2:00 p.m. At the scheduled time, the parties should appear in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Dkt. 22.

SO ORDERED
September 4, 2026

JOHN P. CRONAN
United States District Judge

**RE: United States v. Nicholas Allwood**
**24 Cr. 384 (JPC)**

Dear Judge Cronan:

I write, with the government's consent, to respectfully request a three-week adjournment of Mr. Allwood's sentencing, currently scheduled for September 14, 2026 at 10:00 a.m., and a corresponding extension of the sentencing submission deadlines in the above-captioned case.

On August 6, 2026, the parties received the draft presentence report. We have not yet received the final presentence report from probation. Accordingly, because the parties need time to review the final report before submitting their sentencing memoranda, we respectfully request a three-week sentencing adjournment and corresponding extension of the sentencing submission deadlines. The parties are available for sentencing: October 5 between 12:00 p.m. and 4:00 p.m.; October 7 between 12:00 p.m. and 4:00 p.m.; any time on October 8 and October 9.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Nicholas Allwood*

cc: Varun Gumaste, Assistant U.S. Attorney